UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) NOEL BETANCES, and<br>(2) REYLIN SEGURA,<br><br>    Defendants | M.B.D. No. 25-91440 |

**[Proposed] Order of Continuance and Excludable Delay**

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

On August 13, 2025, a complaint issued charging defendants with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846. *United States v. Noel Betances et al.*, M.J. No. 25-3219-JDH. Defendants were arrested in the District of Massachusetts on August 12, 2025, and appeared in Court the next day. The government moved for detention. On August 19, 2025, the Court held detention hearings as to both defendants. Both defendants were released on conditions.

The parties seek time to discuss the case and any proposed resolution. Even with due diligence the parties do not expect to be able to finish any such discussions before the date by which an indictment or information must be filed. As a result, the parties jointly request an extension of time for the United States to return an indictment or file an information. The requested exclusion of time represents a 63-day extension of the United States' time to file an indictment or information under the Speedy Trial Act.

4

For the reasons identified by the parties in their joint motion, the Court finds that the ends of justice served by granting the requested continuance and excluding the time period from September 18, 2025, through and including November 20, 2025, from the speedy trial clock outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to November 20, 2025; and (2) the period from September 18, 2025, through and including November 20, 2025, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
UNITED STATES DISTRICT JUDGE